

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

August 27, 2020

<u>Via ELECTRONIC FILING</u>
United States District Court
Northern District of Texas
501 W. 10th Street, Room 401
Fort Worth, Texas 76102

Re:  *Herman Hall v. Bobby Lumpkin, Director*
     Civil Action No. 4:20-CV-655

Dear Clerk:

Attached please find **State Court Records** in the above referenced cause. Thank you for your kind assistance in this matter.

Sincerely,

s/ *Patrick D. Todd*

PATRICK D. TODD
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

PDT/aaj
Enclosures

Post Office Box 12548, Austin, Texas 78711-2548  tel:(512) 463-2100 web: www.TexasAttorneyGeneral.gov
*An Equal Employment Opportunity Employer*